UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | Civil Action No. 25-4270 (TSC) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kaitlin K. Eckrote as counsel for Defendants in the above-captioned case.

Date:   January 2, 2026

Respectfully submitted,

*/s/ Kaitlin K. Eckrote*
KAITLIN K. ECKROTE
D.C. Bar # 1670899
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Phone: (202) 252-2485
Kaitlin.Eckrote@usdoj.gov

*Attorney for the United States of America*