## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

*Plaintiff*,

vs.

Case No. 25-cv-4270-TSC

DEPARTMENT OF JUSTICE, et al.,

*Defendants*.

-------------------------------------------------------------------------------------------------------------

### [Plaintiff's Proposed] ORDER

Upon consideration of the July 21, 2026, Joint Status Report ("JSR"), it is hereby

ORDERED that fully processing a record in compliance with this Court's June 17, 2026,

Order requires the Department of Justice ("DOJ")—including the Office of Information Policy

("OIP") and all other DOJ components—to determine responsiveness, determine the applicability

of any exemptions, and produce all non-exempt portions of records. To the extent DOJ needs

further consultation to determine whether records are responsive or an exemption applies, sending

such records for consultation shall not count toward the processing rate.

[*In the Alternative*] In consideration of the Parties' representations and positions in their

July 21, 2026, Joint Status Report, it is hereby ORDERED that Defendant Department of Justice,

through its Office of Information Policy, shall file a Defendants' status report on August 4, 2026,

(and include in each monthly status report going forward) the following information:

1. All executive branch components or entities being consulted;

2. The number of pages pending in consultation with each consulted executive branch
   component or entity;

3.  The date(s) the pages were transmitted for consultation;

4.  Any responses the consulted entities or components have provided indicating their timeline for response.

**SO ORDERED.**

_____
Tanya S. Chutkan
United States District Judge