UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE, *et. al.*,

Defendants.

Civil Action No. 25-4270 (TSC)

**JOINT STATUS REPORT**

Pursuant to the Court's June 17, 2026, Minute Order, the Parties conferred and respectfully submit the following joint status report on this Freedom of Information Act ("FOIA") case:

Plaintiff sent five FOIA requests to Defendants on July 25, 2025, and one on July 28, 2025.

The first FOIA request to Defendant Department of Justice ("the Department") seeks materials prepared or compiled by DOJ officials for Attorney General Pam Bondi's review regarding the Jeffrey Epstein matter and all briefing materials prepared for Attorney General Bondi for her meetings with President Trump regarding the Epstein matter. ECF No. 1 ¶ 31. The Office of Informational Policy ("OIP") and the Federal Bureau of Investigation ("FBI") are handling this request for the Department.

The second FOIA request to DOJ seeks records reflecting communications of certain DOJ officials regarding the Epstein matter, as well as communications sent by those DOJ officials containing specific key terms. *Id.* ¶ 38. OIP and the FBI are handling this request for the Department.

The third FOIA request, sent to the FBI, seeks records reflecting communications of certain FBI officials regarding the Epstein matter, as well as communications sent by those FBI officials containing specific key terms. *Id.* ¶ 45.

The fourth FOIA request, also sent to the FBI, seeks directives, guidance, and instructions provided from FBI political appointees or other leadership to agency personnel designated to the Information Management Division to assist with the Epstein-related records review and records reflecting all staff assigned to review Epstein-related records, such as a list of agent names; calendar entries of participants, or email including email addresses reflecting those staff. *Id.* ¶ 49. The request also seeks records reflecting all mentions of President Trump within the Epstein-related records review. *Id.*

The fifth request seeks records reflecting communications between or among certain DOJ officials and certain FBI officials regarding the Jeffery Epstein matter. *Id.* ¶ 54. OIP and the FBI are handling this request for the Department.

The sixth FOIA request seeks records of correspondence between President Trump and Epstein. *Id.* ¶ 63. OIP and the FBI are handling this request for the Department.

**<u>The FBI:</u>**

As previously reported, the FBI identified fewer than 1,000 pages of potentially responsive documents. It made its first interim release on June 15, 2026, consisting of 259 pages reviewed and 69 pages released, its second interim release on July 17, 2026, consisting of 569 pages reviewed and 266 pages released, and its third release on August 31, 2026, consisting of the 441 page direct referral from OIP and the remaining consulted materials.

Additionally, the FBI received an 18-page consult request from OIP on August 26, 2026, which it returned to OIP on September 11, 2026. The FBI has completed processing of all records in its possession.

**<u>OIP:</u>**

As previously reported, OIP identified approximately 4,000 pages of potentially responsive documents and issued interim responses on July 17, 2026, August 17, 2026, and September 16, 2026. Pursuant to the Court's July 22, 2026, Minute Order, OIP is processing 750 pages per month. OIP issued an additional interim response on October 16, 2026, as to Parts 1 and 2 of Plaintiff's second FOIA request, informing Plaintiff that OIP processed 756 pages of records: 145 pages were appropriate for release with certain information withheld, 178 were being withheld in full, an additional 338 are entirely duplicative of material in the aforementioned 756 pages or in previous interim responses, an additional twenty-five pages were not responsive to Plaintiff's requests, and the remaining seventy pages are available online in the Department's Epstein Library. Pursuant to the Court's Order, OIP will issue another response to Plaintiff on November 16, 2026.

Pursuant to the Court's order, the parties will file a further Joint Status Report on or before November 19, 2026, and every thirty days after, until production is complete, at which case the parties will propose a schedule for summary judgment briefing if necessary.

Dated: October 21, 2026

*/s/ Amy C. Vickery*
Amy C. Vickery
(admitted pro hac vice)*
Daniel A. McGrath
D.C. Bar #1531723
Robin F. Thurston
D.C. Bar #7268942
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
avickery@democracyforward.org
dmcgrath@democracyforward.org
rthurston@democracyforward.org

**Not admitted to practice law in the District of Columbia; practicing under the supervision of Democracy Forward lawyers who are members of the DC Bar.*

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Danielle D. Peraza*
DANIELLE D. PERAZA, D.C. Bar No. 900938597
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
(202) 252-1727
Danielle.peraza@usdoj.gov

*Attorneys for the United States of America*